**Rod Danielson**
**Chapter 13 Trustee**
3787 University Avenue
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| IN RE: | CHAPTER 13 |
|---|---|
| **RAAFAT GEORGY** | CASE NO.:  6:14-bk-12355-MH |
| | NOTICE AND MOTION FOR ORDER DISMISSING CHAPTER 13 CASE (TAX RETURNS/REFUNDS) |
| Debtor(s). | Hearing Date:   7/23/2018<br>Hearing Time:   1:00 pm<br>Courtroom:      303 |

PLEASE TAKE NOTICE that the Chapter 13 Trustee hereby moves the court for an order dismissing this case for the reasons set forth below:

Debtor is required to submit copies of the most recent year's state and federal tax returns to the Trustee within 14 days of the date those returns have been filed with the applicable taxing agency. Local Bankruptcy Rule 3015-1(o). In addition, tax refunds received during the term of the plan may be pledged to the plan. See Order Confirming Plan.

Dismissal is requested pursuant to 11 U.S.C. section 1307(c)(6) in that a material default has ocurred with respect to a term of the confirmed plan. Debtor was required to execute the terms set forth above in the time period set forth above; to date, debtor has failed to do so in the following respects:

<u>DEBTOR HAS FAILED TO SUBMIT 2017 STATE TAX RETURN TO THE CHAPTER 13 TRUSTEE.</u>

This motion may be granted without a hearing pursuant to local Bankruptcy Rule 9013-1(o)(1). Any party in interest wishing to oppose the motion must file and serve opposition papers on the Trustee no later than fourteen (14) days prior to the date of the hearing. Failure to comply with these provisions will result in the dismissal of the case. See also Local Bankruptcy Rule 3015-1(w)(3)(A).

Date: June 20, 2018

_____
Rod Danielson, Chapter 13 Trustee

### **DECLARATION OF ROD DANIELSON**

I hereby declare under the penalty of perjury:

1. I am the Chapter 13 Standing Trustee assigned to administer this case;
2. That I am familiar with the documents in my office file for this case as well as any information contained in my computer's database.  I routinely use this information in the day-to-day business of the Trustee, I have reviewed this information, and I am well familiar with the documents filed in this case, as well as the history of receipts and dibursements.
3. The petition in this case was filed on <u>February 26, 2014</u> and the plan was confirmed on <u>May 01, 2014</u>.
4. Local Bankruptcy Rule 3015-1(o) provides that the debtor is required to submit copies of the state and federal income tax returns to the Trustee within 14 days of the date those returns have been filed with the appropriate taxing authority.
5. Paragraph 3(a) of the order confirming the plan in this case provides that all tax refunds received during the term of the plan are pledged to the plan.
6. A material default has ocurred with respect to a term of the confirmed plan.  Debtor was required to execute the terms set forth above in the time period set forth above; to date, debtor has failed to do so in the following respects:

<u>DEBTOR HAS FAILED TO SUBMIT 2017 STATE TAX RETURN TO THE CHAPTER 13 TRUSTEE.</u>

I Declare under penalty of perjury that the foregoing is true and correct.

Dated this June 20, 2018 at Riverside, CA 92501.

_____
Rod Danielson, Chapter 13 Trustee

| In re: **RAAFAT GEORGY** | **Chapter: 13** |
|---|---|
| Debtor(s) | Case Number: **6:14-bk-12355-MH** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3787 University Avenue, Riverside, CA 92501.

The foregoing document described **NOTICE AND MOTION FOR ORDER DISMISSING CHAPTER 13 CASE (TAX RETURNS/REFUNDS)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **06/20/2018** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here contitutes a declaration that mailing to the judge* will be *completed no later than 24 hours after the document is filed.*

[X] Service Information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (Indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge* will be *completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 06/20/2018 | Semarnpreet Kaur | *Semarn Kaur* (signed) |
|---|---|---|
| Date | Type Name | Semarnpreet Kaur |

| In re: **RAAFAT GEORGY** | **Chapter: 13** |
|---|---|
| Debtor(s) | Case Number: **6:14-bk-12355-MH** |

## PROOF OF SERVICE OF DOCUMENT CONTINUED

RAAFAT GEORGY  
23709 VIA SEGOVIA  
MURRIETA, CA 92562

THE MANNING LAW OFFICE  
4667 MACARTHUR BLVD., STE 150  
NEWPORT BEACH, CA 92660

FG:110 - 06/20/2018 - SK